THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID DUNN, Appellant.

(Argued April 19, 1915; decided May 14, 1915.)

APPEAL from a judgment of the Supreme Court, entered May 16, 1914, at a Trial Term for the county of Steuben, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Thomas F. Rogers* for appellant.

*Claude V. Stowell, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, MILLER, CARDOZO and SEABURY, JJ.